IN THE INTEREST OF J.A., A CHILD



 NO. 07-01-00193-CV



IN THE COURT OF APPEALS


FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL C



OCTOBER 5, 2001


______________________________



IN THE INTEREST OF J.A., A CHILD

 



FROM THE 286TH DISTRICT COURT OF HOCKLEY COUNTY;


NO. 99-07-17,730; HON. DAVID L. GLEASON, PRESIDING

______________________________


ORDER ON APPELLANT'S UNOPPOSED MOTION TO DISMISS APPEAL

 


Before QUINN, REAVIS and JOHNSON, JJ.

 The Texas Department of Protective and Regulatory Services, appellant, has moved to
dismiss its appeal contending that it "has decided not to appeal this cause." Without passing
on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure
42.1(a)(2) and dismiss the appeal without prejudice. Having dismissed the appeal at
appellant's personal request, no motion for rehearing will be entertained, and our mandate will
issue forthwith.

 

 Brian Quinn 

 Justice

Do not publish.



ial", sans-serif;
 font-size: 12pt;
 font-weight: normal;
 font-style: normal;
 font-variant: normal;
 text-align: left;
 text-decoration: none;
 color: black;
 vertical-align: middle;
 text-indent: 0in
}

body
{
 font-family: "Arial", sans-serif;
 font-size: 12pt;
 font-weight: normal;
 font-style: normal
}





NO. 07-08-0080-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

AUGUST 5, 2008

______________________________


DANNY RAY BUSCH, JR., APPELLANT

V.

MARVIN MEINKE AND PATTI MEINKE, APPELLEES

_________________________________

FROM THE COUNTY COURT AT LAW NO. 3 OF LUBBOCK COUNTY;

NO. 2005-597,542; HONORABLE PAULA LANEHART, JUDGE

_______________________________

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.
MEMORANDUM OPINION
          On July 17, 2008, the parties filed an Agreed Motion to Dismiss Appeal. By letter
of July 18, 2008, this Court requested that the parties amend the motion in order to clarify
the relief requested. On July 25, 2008, Danny Ray Busch, Jr., filed Appellant’s Motion to
Dismiss Appeal in which he represents that he and Appellees, Marvin Meinke and Patti
Meinke, have compromised and settled their differences. See Tex. R. App. P. 42.1(a)(1). 
Pursuant to the motion, the parties seek to have this appeal dismissed with the parties
bearing their own costs. See Tex. R. App. P. 42.1(d). We grant the motion.


 
          Accordingly, the appeal is dismissed and costs are taxed against the party incurring
them. Having dismissed the appeal at Danny Ray Busch’s request, no motion for
rehearing will be entertained and our mandate will issue forthwith.


                                                                           Patrick A. Pirtle

                                                                                 Justice